Good morning. May it please the Court, Steve Lane from the Criminal Division Appellate Section for the United States. With me today is Bill Mercer, the U.S. Attorney for the District of Montana. This Court should reverse the district court's order denying the government's motion to set aside the standing order, which is authorized neither by the controlling statute, as the district court concluded in its order, or by, or as a regulation of practice, as district court's counsel has argued on this appeal. Counsel, what are we doing here in this case? The government can't appeal when it gets a conviction, as it did here, and it's satisfied with the sentence. And so there's really no appeal with respect to Mr. Ray. Why doesn't this have to be brought as a separate action? We view this, Your Honor, as, as, as the equivalent of a, you know, an appeal from other kinds of post-judgment orders in criminal cases, as we pointed out in our brief. For example ---- It's a standing order. It isn't related particularly to Mr. Ray. It's related to ---- It's not, but ---- Thousands of other cases or dozens of other cases or something, but ---- The district court has attempted to enforce and, in fact, has enforced the order on us in individual criminal cases. And for that reason, we believe that we can challenge the district court's authority to enforce the standing order in this case. This just happened to be one of the first cases in which the government's obligations were challenged. So while we might have been able to file a separate lawsuit challenging the standing order, we believe that the course we have taken is a valid course, and that ---- Sotomayor, you say you might have been. Is there any doubt that you could file a separate action, either for declaratory or injunctive relief or for mandamus, as a freestanding action? Is there any doubt that that's at least a possible option? There probably is not any doubt. I'm not aware of any reason why we couldn't have. But by the same token, I'm not, I'm not aware of any authority for ---- that would bar us from seeking the same relief in the context of a criminal case. The fact of the matter is that the Court has attempted to enforce this order on us in this particular criminal case, and we believe that we can challenge in this criminal case the judge's authority to do so. And we believe that the Court can treat this as akin to a separate civil challenge, or if it doesn't believe that Section 1291 would apply, treat it alternatively as a petition for mandamus. But we see no jurisdictional bar to this Court hearing the view, hearing this appeal in the posture in which it's presented. The controlling statute, 28 U.S.C. 994W, refutes the district court's conclusion that Congress intended to permit district courts to subdelegate the task of reporting and making these reports of sentence to the executive branch. Counsel, let me ask you the following question. It seems to me a regular part of life that district courts delegate or subdelegate, if you want to use that word, various tasks to parties. Excuse me. For example, please prepare an order. Please do a draft of the findings and conclusions. Those are jobs that the district court ultimately must perform, but there are many, many examples of things that ultimately are the responsibility of the district court where someone else is asked physically to do the task that is, in that sense, ministerial on behalf of the court. What's different about this, in your view, from the other kinds of ministerial tasks that courts regularly ask parties to perform? This, unlike the various rules and regulations to which the district court and its counsel have analogized, this reporting requirement does not serve any of the purposes for which the courts normally exercise this kind of authority that you've discussed, Your Honor. Normal orders, for example, orders to submit a certain number of copies of briefs and requirements to submit proposed jury instructions aid the court either in making decisions in individual cases, in managing individual cases as they're ongoing, in effectuating their judgments, or at least in protecting their proceedings in general from abuse. The standing order and the statutory requirement. That's why I gave you the example I did of something where the court says, I know what my order's going to be, I know what my findings are going to be, but you, lawyer, I'm going to ask you to do the work of putting it down on paper and bringing it to me, because it's a lot of work. And it may be or may not be a good idea, but it isn't beyond what the court can do. And that's why, I guess, I'm not sure I understand the difference between my example and this. The statute, Your Honor, unlike these other examples, the statute clearly is intended to aid the commission in Congress in a post-judgment, non-adjudicatory policymaking function, which is the collection of data for submission to the commission and ultimately to Congress to assist the commission in Congress in monitoring the sentencing guidelines and Federal sentencing law in general and modifying them. Well, so if anything, what the court has done here is to ensure that that task will be done with complete accuracy, correct? I mean, there's nothing inaccurate or incomplete about what the court is doing. But it's our submission, Your Honor, that neither the statute authorizes the district court to do this, nor the court's authority over its power to regulate practice. Unless the – these requirements are commonplace, the examples you've given. However, this requirement is different. Again, it doesn't serve to assist the court in performing any adjudicatory function, for example, rendering decisions within a case or effectuating judgments or even protecting court proceedings from abuse. It's simply not a matter of court practice like these other examples we've given. And those limitations really stem from the court's – So if a court wanted to understand the caseload in its own court and understand better what was going on, it could not ask, say, the U.S. attorney and the public defender to bring in statistical information in their possession that would aid the court in figuring out how to manage its time or something else that isn't specific to one case? Well, Your Honor, there would be limits on the court's ability to do that, because that is not – that's a policymaking function that falls outside of Article III. And that's where these limits in the cases that both parties have cited, these limits on the nature of the things the courts can require litigants to do, and particularly the government, stem from the limits on the court's power. It's perfectly reasonable for a court to exercise its power to make rules of practice and set procedural requirements if they serve the purposes that we've set out. But outside of that scope, the court's power is very limited. Now, if Congress had included a sentence in this statute that said the district judge or the chief district judge may call on the U.S. Attorney's Office for reasonable assistance in assembling these documents, then the court would have Congress's authority behind it. But the fact of the matter is the court – Congress didn't use that kind of language here, and simply used the same language that's used elsewhere in Section 994, shall assure or shall insure, which are used throughout that provision to define the commission's responsibilities. Kennedy, shall insure suggests that they don't really expect the chief judge to do it himself, but to issue such directions where necessary is to make sure it gets accomplished. Why is this direction not within that language? Because, Your Honor, the statute – the statute requires one judicial officer, the chief judge, to insure that other judicial officers, the sentencing courts, submit these reports of sentence to yet another entity within the judicial branch, the Sentencing Commission. There's no indication that Congress intended the requirement to be anything but an intro-branch requirement. That conclusion is supported also by the existence of other provisions, both in the reporting requirements on the Department of Justice, on the courts, and on the commission, clearly indicating that Congress knows how to distinguish among these various entities when it imposes these requirements, and that it – when it expects the department to be involved, it says so. Your position on jurisdiction is that this order is part of the case against Mr. Wray, and yet your argument here is that it isn't part of any – any case, not only not this case, but it's just not part of cases at all. How do you reconcile that? Because, Your Honor, we're challenging the judge's authority to enforce this order on us in this case, which we believe we can do in this case. The judge has the jurisdiction to – But the judge thinks it's part of this case. Right. And the judge entered an order in this case, and the judge has the jurisdiction to determine its own jurisdiction. And the judge determined that it had authority in this case to – to enforce these requirements on the government, and we are – we are appealing that order, the order enforcing the standing order on us in this case. In an individual case, though, suppose the probation office was doing it in Montana, as they apparently have done in other districts, only the file for this case is lost. Would you say the court would not have the power to direct the U.S. attorney to turn over copies of the relevant documents? If the documents were missing, Your Honor, we do think the court wouldn't have the reporting function, but the court could certainly make the request, and I am sure that if the request were made to fill in the gaps, missing documents and whatnot, the U.S. attorney's office would – would cooperate. What we're challenging here is this overarching requirement imposed on us in every case to assemble all of these materials, which – It also starts to suggest that maybe the challenge is better put to the standing order in a separate action addressed to the standing order rather than on the particular attempt to enforce it with regard to Ms. Wray. Well, I mean, we've challenged enforcement of the standing order in this case, but our challenge is overall that it's facially invalid. It can't be enforced here because it's facially invalid. And, Your Honor, I'm aware of no authority which prevents us from, in an individual case, challenging the enforcement of a general order or a rule on a party. And that's what we've done here. We also believe that the district court's interpretation of the statute is precluded by the clear statement rule, which – which requires an unmistakably clear statement when – before a statute can be interpreted as shifting the balance between two branches of government. And here, the shall and sure language, in our view, simply cannot reasonably be interpreted as – as effecting the kind of interbranch subdelegation that's been attempted here. And for that reason, and for the other reasons we've identified in our brief, the statute simply can't be interpreted in the manner that the district court interpreted. And, in fact, I believe that counsel for the district court has retreated somewhat from the analysis that the district court adopted and sort of relied alternatively on this regulation of practice notion, which, for the reasons I think I've already explained, we believe doesn't apply here, either. If the court has the power to regulate or to order the government to comply with these nonadjudicatory post-judgment reporting requirements which serve this policymaking function, I fail to understand what, then, the outer limit is on the court's power to regulate practice. It basically seems like the principle is anything related to a court action is subject to the court authority to regulate, and that simply cannot be right. And we don't believe that we've – we're not aware of any authority for the enforcement of any – any requirement like this one on the government. Sotomayor, is your basic concern that it is an order directed to someone outside the judicial branch, or is it that it's a standing order? Our main concern is that it's directed to someone outside the judicial branch, namely us. Obviously, we, in a footnote, raised the argument that we don't believe the technical requirements that should have been followed here were followed, namely, notice that would be required under 28 U.S.C. 2071 before this kind of broad requirement could be adopted and imposed. No notice was given here. The standing order was simply issued and went into effect immediately. But, you know, the Court doesn't need to get into that. We don't believe, because we believe that the order in general – But in general, in general, you acknowledge that standing orders are a regular way of doing business in various district courts. They are. We can't deny that. Standing orders are issued on a number of matters. Generally, however, as a general matter, we believe that a standing order is more appropriate for an individual judge to regulate practice within his own court, and that rules adopted under the Section 2071 district-wide requirements are more appropriately adopted under the more formal proceedings. But we acknowledge that the line between those two is not entirely clear, and that standing orders are sometimes used to impose broader requirements. If I could, I'd like to reserve my remaining time for rebuttal. Certainly. Thank you. Mr. Bennett. Good morning, Your Honors. My name is Robert Bennett. I'm here with my colleague, Anand Raman, and we represent the United States District Court of Montana. Your Honors, we're dealing with an act which has virtually no legislative history. It looks like about 20 minutes was spent on it. It was an act which has an impact on the judiciary, and yet the judiciary was never consulted at all. And as best we can tell, Your Honors, the purpose of the act is to improve data reporting, mainly by having the chief judge of each district ensure that it was done in a timely manner. Congress did not say that the judiciary had to do the work. Excuse me. Yes, Your Honor. As long as you're apparently quoting from the statute, the district chief judge shall ensure not that it be done, but that the judges in the court see that it's done. Yes. Yes. He's put in a position. I think what happened from the statute, and again, you know, we're hampered by the absence of a legislative history, is they wanted that chief judge to be on the hook to be sure that the data collection, however it was done, was done right. And all three judges, acting judges of the court, agreed that the best way to do this in the District of Montana, which may be different than in the District of New York or some other place, was to ask the United States attorney, or by the standing order required of the United States attorney, to gather data, much of which was in their files. All I'm saying is, in your analysis here, it's kind of almost like jumping over another little pebble in the brook. I mean, yes, you say all they're trying to do is tell the chief judge to ensure that the work be done. Yes. But all I'm saying is it's a little more than that. They go partway toward telling a judge how to do that. They don't just say, Chief, ensure that it's done. They don't say that. They say, Chief, ensure that the judges in your court distribute this information. That is correct. And all I'm saying is it's not quite as – it seems like you're jumping from – Well, I see your point, Your Honor, but I guess the point that maybe I – Because the important of it is maybe the argument could be made that when the statute says the chief shall ensure that his or her judges distribute this information, there might be arguments that they're telling them how it should be done. It should be delegated by the chief to her very – his or her judges on her court. But they're not saying in the statute how the information is to be gathered. It does not. And with that, I agree with you. And that's my major point, in that I – and if Graber raised the question in the beginning, why are we here, we're – let me take a slightly different answer to that. We have this statute passed so incredibly fast without consultation. We have the United States attorney, my friend, Mr. Mercer, but I have to say, instead of talking to the court, trying to work this out, trying to resolve it, they just go ahead and defy the court. Defy the court. The court exercises, I think, more restraint than the U.S. attorney by not holding anyone in contempt. And then they put this on a fast track of a constitutional confrontation with separation of powers and sovereign immunity. Well, they've been entitled to do that. They're entitled to do that. They are. Whether we think it's a good idea or not, I mean, they are. They are entitled to do it. And Congress is entitled to pass things without consulting anybody also. So we really have to decide, regardless of why or how Congress passed this, what it means. And once we know what it means, whether it precludes the kind of order that is involved here, I think it would help me if you talked a little bit about what you think is the court's inherent authority to regulate practice. And also, opposing counsel says, if this can be done, what are the limits? And maybe as you discuss what you think is the proper analysis, explain what you think the limiting principles are that would make this okay, but not turn everybody into the court's slaves and law clerks. I can try to do that. You know, I mean, there might be some line at which it's blurry, but I think this one comes well within it. To answer your first question, Your Honor, if you look at the various orders of general orders of this circuit and others, the U.S. attorneys are sometimes asked to deliver mail when it's not returned to an individual defendant. I'm sorry. The attorney delivers mail?  I missed your point. Yes, Your Honor. There is a Ninth Circuit order, 12.8, which says that the clerk shall forward the returned mail to the appropriate United States attorney. The clerk shall include a letter with the returned mail instructing the attorney to use all reasonable means to effect delivery to the prisoner. There is a very ministerial administrative responsibility which is imposed on a United  And the clerk shall be able to do this outside of what counsel referred to as deciding issues, deciding. Would this be mail to parties in a criminal case or something? In a criminal case, it might be to a person. It wouldn't be to return mail to third parties in the community. No, no, not to third parties. They're not mailmen for the judge. No, but one could argue that in this case, if a pro se defendant or something did not get what the clerk got, there's a standing order here which the Ninth Circuit has asked the United States Attorney to do this. And there's all sorts of things in this very special relationship, a unique relationship between courts and United States attorneys. The Sixth Circuit has a local rule, 30K, which deals with appendixes. The Ninth Circuit has a general rule. I'm sorry. 30K deals with what? The Sixth Circuit has a local rule, 30K, which deals in cases in which prisoners of cases filed pro se in form of porpoise. It will be the responsibility of the United States Attorney, as the case may be, to file the appendix and things of that kind. So this is a court where, under its inherent powers, its powers to do its mission, to perform its judicial function, can call upon litigants before them to do things which of an administrative or a, what my friends on the other side would say, a clerical kind of thing. Courts have to function, and these are kinds of things that come within the authority of the court. Now, are these duties on 30K in connection with a pending criminal case? They would be, I believe, Your Honor. Now, in this case, Your Honor, what's important to understand, in this statute, it's the Congress who said, who tied it to a specific case. They said that the chief judge has to ensure this be done within 30 days of the sentence in this particular case. So it is the Congress that really has linked this to a particular case. When you say this particular case, you don't mean the Wray case. Well, no. Yes, I do mean the Wray case and every other case. Every criminal case. Yeah. This is not where the chief judge just sits back and in a certain time frame ensures in every particular case, in every particular case, within 30 days, the chief judge has to ensure certain things are filed in the particular as it relates to the particular case. Now, to answer Judge Graber's point, where do I think it might be beyond the line? Let's say that Judge Malloy decided that he was – he wanted to do a history of the court in Montana, and he issued an order to the United States attorney and he said, I order you to gather all of the cases that have been decided in the last 25 years and provide me with A, B, C, and D. So in essence here, if I understand your argument correctly, it is that Congress has made this report simply an adjunct of the judgment of conviction and the sentence. It's something that flows necessarily from the filing of a judgment of conviction and a sentence. That's correct. And it's where the United States attorney has invoked the jurisdiction of the court. By filing the criminal. By filing the criminal case. So that's what makes this different from other kinds of things. It's the Congress has passed a statute saying you've got 30 days in the Wray case and in the A, B, C case, and you have it where the United States attorney has come in and has invoked the jurisdiction of the court. But it isn't freestanding. The opposing counsel has said this is sort of a freestanding statistical informational thing. No. And your argument is no. Congress has tied this to each judgment in each individual criminal case. That's correct. It's part of that case processing in a sense. There's now a new part of processing each criminal case in which a conviction is secured. That's exactly correct, Your Honor. It's not a freestanding thing which just applies generically. It's for this – it's for a case in which the United States attorney has invoked the jurisdiction of the court, and I think this comes well within the inherent powers of the court to issue these kinds of rules. I mean, there are others which are not directly in point. I mean, I suppose – I'm not quite sure I fully understand the position of the United You had orders. I know we had to file a certain number of briefs. We didn't have to – we had to file, I think, more than three, even though there's only three of you up there, because you've decided in the way you operate your court it's important that you get certain numbers of copies to help facilitate the court so law clerks can read the briefs and others can read the briefs. Well, Chief Judge Molloy made the decision, and again, the critical word is ensure. There's no reason to believe that the Congress of the United States was interfering with how the chief judge was going to ensure. They stayed away from – you can get it from here, but you can't get it from there. Counsel, what difference does it make whether we decide this issue in this case, as you have argued we should not, or whether we would require the United States to bring a separate action? You certainly made that argument. Not today, but why should we – what is, in essence, just extra paperwork? What's the point of that, in your view? Well, Your Honor, if I understand your question, I do, in full candor, believe that the United States is correct that this case is appropriately before this court, and I do believe that this court can decide this case, these issues in this case. Because there's a real controversy. There's a real order, and there's somebody who's going to decide it. Because there's a real order that, because of what Congress did, links it to a particular case, and we're not talking about some unconnected. Congress sort of made the connection, and the U.S. attorney invoked the jurisdiction of the court. What I was alluding to – I'm sorry, Judge. Also, there was an order entered in this case by the court on Bonk. Yes. There was a motion brought to set aside their standing order. That was done by the U.S. attorney. And there – so there was a hearing by this district court, and they entered an order in with a number of this action on their order denying the motion to set aside that standing order. Yes, Judge, I think – That would be another reason why it comes up on that number. Yes. What I was alluding to, Judge, was a more generic point in the – you know, in the United States that the case is properly here. I disagree with the United States that it should be here. You know, federal prosecutors all the time – and I was one – you have a very special relationship with the court. Each does things for the other. And you can take judicial notice of the things you do for the United States attorney. Judge Malloy mentioned some of them in his opinion, how the United States attorney from Montana comes in and copies parts of the – wants copies of the court file, and it's done without cost. This is how the system works, and this is how the system should work. Well, the question really is whether that can be required. In other words, there are many areas of comity and professionalism that are not legally mandated. And the question is whether it can be, not whether it's a good idea, but whether it can be required. I believe, Your Honor, that it's clear under the inherent power of the court, I believe under Rule 57, that the court be – it's been given the authority to issue those rules and orders to manage the practice of the court. You know, this requirement pertains to the judicial mission of Congress. Because if it didn't, if it didn't pertain to the judicial mission, then there would be a separation of powers problem, but it would be the other way. It would mean that the Congress of the United States has no business passing that statute. So this ties to the judicial mission. And I believe that every court has the inherent authority, and every court under Rule 57, and the rationale of Judge Malloy in the court's opinion, has the authority to ask a litigant before that court that has invoked the jurisdiction of that court to do certain things. The record before you is this, that Chief Judge Malloy, with his fellow judges, has made the judgment, has made the judgment with the knowledge of their district, that the best way to follow the act of Congress to ensure, to ensure this data is to do it this way. And I believe that comes well within the authority of the judiciary. And we're not talking about something unrelated to the judicial mission. I just used the example of they were doing a history of the courthouse. Because a sensible U.S. attorney would probably say, Judge, it would be an interesting book, and I'd be happy to help you with it. But that's apart from that. But it's clear. I mean, I just think it's clear. And if this Court were to determine that a judge could not, that the Chief Judge could not order a litigant to do the kinds of things which has been ordered here, I just think it could put, could turn all sorts of things around in all sorts of courts throughout the country. The U.S. attorney can't be the guy who decides, well, I'll follow this administrative rule, but I won't follow that administrative rule. Counsel, you have exceeded your time, if you can sum it up. Thank you, Your Honors. I appreciate it. We asked you a lot of questions, so we're just going to have a couple of minutes for rebuttal. Go on. Thank you, Your Honor. Just as a background matter, Your Honors, I'd just point out that this isn't a matter of cooperation, at least as it comes before the Court. The fact of the matter is that the U.S. attorney wasn't contacted beforehand. The Chief Judge simply entered this order and put it into effect. But that doesn't matter. If it's a legitimate order, just like Congress doesn't have to consult, neither do the judges, true? If it's legitimate. That's absolutely right. Okay. But my point is only that the United States has not defied any order. At every step of the way, we've sought stays, which we eventually received, including the general stay from this Court. So we have not, in our view, defied any court order. But we have been relieved of our duty to comply with the order temporarily while this Court's stay is in place. Notably, no other court, either before or after the PROTECT Act, as far as we're aware, has relied on anyone other than court personnel or probation office personnel to fulfill these requirements. Does that make it improper or does that make it unusual? Your Honor, that to us informs the statutory interpretation question because no one else has interpreted this statute in which the manner in which the district court has. That doesn't follow, counsel. It may be that everyone interprets it that way, but nobody sees the need to do it. The implication, Your Honor, is what we're arguing. Nobody else has sought to carry out the chief judge's responsibility this way. And the words shall ensure in the statute, again, are exactly the same words that appear elsewhere in Section 994W. The other subsections which set out the commission's obligations, many of them use the same words, shall ensure or shall usher. And just as the commission isn't empowered by those words to require others outside the commission or the judicial branch to take action by virtue of those words, it's our view that the chief judge in each district doesn't have that power by virtue of Section 994W. And in terms of the limiting principle on the courts, we believe that no limiting principle has been articulated here. Really, the principle seems to be that, in their view, anything that's related to court practice or tied to some event in a case, whether or not it serves any of the purposes for which the Supreme Court has upheld the exercise of authority to regulate practice, there's simply no limiting principle in their view on this. I just don't see how if the judge is entitled to enter this kind of an order which doesn't serve any of those purposes but serves this separate policymaking function, then what are the limits on the court's authority? And we fail to understand if the limits aren't as we've articulated and as the case law articulates, then we fail to understand where the limits are. Thank you, counsel. We appreciate the arguments of both parties. The case is submitted and for this session we stand adjourned. All rise. This court for this session has been adjourned.
judges: Graber, Tallman, Brewster